B1 (Official Form 1) (04/13)

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): **Rede Energia S.A. – em recuperação judicial** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Caiuá Serviços de Eletricidade S.A.** **Rede Empresas de Energia Elétrica S.A.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **61.584.140/0001-49** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **Avenida Paulista, 2439, 5th Floor, Cerqueira Cesar** **City of São Paulo, State of São Paulo, Brazil**   ZIP CODE  01311-936 | Street Address of Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: **Brazil** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☒ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☒ Other | ☐ Chapter 7 ☐ Chapter 9 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13    ☒ Chapter 15 Petition for Recognition of a Foreign Main Proceeding ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors Country of debtor's center of main interests: **Brazil** Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity (Check box, if applicable.) ☐ Debtor is a tax-exempt organization Under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box.) ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). ---- Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,007-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

| Estimated Assets | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |

| Estimated Liabilities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☒ More than $1 billion |

B1 (Official Form 1) (04/13)      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Rede Energia S.A. – em recuperação judicial** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>District: | Case Number:<br>Relationship: | Date Filed:<br>Judge: |
|---|---|---|

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☒ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check any applicable box.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>**Rede Energia S.A. – em recuperação judicial** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☒ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _/s/_ _____<br>(Signature of Foreign Representative)<br><br>José Carlos Santos<br>(Printed Name of Foreign Representative)<br><br>January 10, 2014<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ John K. Cunningham<br>Signature of Attorney for Debtor(s)<br><br>John K. Cunningham<br>Printed Name of Attorney for Debtor(s)<br>White & Case LLP<br>Firm Name<br><br>200 South Biscayne Boulevard, Suite 4900<br>Miami, Florida 33131<br>Address<br>305-371-2700<br>Telephone Number<br>January 10, 2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# EXHIBIT 1

### Pending Bankruptcy Cases Filed by Affiliates of Rede Energia S.A. – Em Recuperação Judicial ("Rede" or the "Debtor")

None of the Debtor's affiliates have a pending petition with the Court for relief under chapter 15, or any other chapter of title 11 of the United States Code. Centrais Elétricas do Pará S.A, which was, until November 20, 2012, a subsidiary of Rede, filed a petition for chapter 15 relief in this Court on November 9, 2012 (Case No. 12-14568 (SCC)); that case, however, was closed on April 25, 2013.

### Administrators in the Brazilian Bankruptcy Proceeding

In a Brazilian judicial reorganization proceeding (*recuperação judicial*) pursuant to Federal Law No. 11.101 of February 9, 2005, the company (here, Rede) remains in possession of its assets and attends to its own affairs. I, José Carlos Santos, was authorized by the Board of Directors of Rede to act as foreign representative in this chapter 15 case in the United States. I am unaware of any other persons or bodies authorized to administer foreign proceedings in respect of the Debtor.[1]

### Parties to Litigation in the United States

As of the date of the filing of this Petition, the Debtor is not aware of any litigation pending in the United States in which it is a party.

### Entities Against Whom Provisional Relief is Sought under Section 1519

Neither the Debtor nor I are currently seeking any provisional relief, but each of us reserves the right to do so should the need arise.

### Statement Pursuant to Section 1515(c) Identifying All Foreign Proceedings with Respect to Debtor

Aside from the Brazilian Bankruptcy Proceeding, the Debtor is not involved in any foreign judicial reorganization or bankruptcy proceeding.

---

[1] The judicial administrators, appointed by the court, with a supervisory role but no management powers, are Mr. Luis Vasco Elias and Ms. Ana Cristina Baptista Campi, members of Deloitte Touche Tohmatsu, headquartered at Rua Alexandre Dumas, 1.981, City of São Paulo, State of São Paulo, Zip code 04717-906, Brazil. Such judicial administrators have not been authorized to commence foreign proceedings in respect of the Debtor.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Thomas MacWright (TM-2233)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
John K. Cunningham (JC-4661)
Richard S. Kebrdle

*Attorneys for José Carlos Santos
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| REDE ENERGIA S.A.,[2]<br>EM RECUPERAÇÃO JUDICIAL | Case No. 14-_____ ( ) |
| Debtor in a Foreign Proceeding. | |

**CORPORATE OWNERSHIP STATEMENT
OF REDE ENERGIA S.A. PURSUANT TO BANKRUPTCY
RULES 1007(a)(4) AND 7007.1 AND LOCAL RULE 1007-3**

In accordance with Bankruptcy Rule 7007.1, I hereby state that the following corporations directly or indirectly own 10% or more of the Debtor's equity interests:

- Empresa de Eletricidade Vale do Paranapanema S.A. - Em recuperação judicial
- Denerge Desenvolvimento Energético S.A. - Em recuperação judicial
- BBPM Participações S.A.
- BNDES Participações S.A.[3]

---

[2] The last four digits of the Debtor's Brazilian Corporate Taxpayer Registration Number are 01-49. The Debtor's executive headquarters is located at Avenida Paulista, 2439, 5th Floor, Cerqueira Cesar, City of São Paulo, State of São Paulo, Brazil. The Debtor was formerly known as Caiuá Serviços de Eletricidade S.A. and then Rede Empresas de Energia Elétrica S.A.

[3] On November 22, 2012 (one day prior to the commencement of the Brazilian Bankruptcy Proceeding), Fundo FI-FGTS exercised its put option, converting its equity interest in Rede – previously in excess of 10% of Rede's share capital – into debt.

In addition, pursuant to Local Rule 1007-3, I hereby state that Rede owns (i) 39.92% of Centrais Elétricas Matogrossenses S.A ("CEMAT"), a company with its registered office at Rua Manoel dos Santos Coimbra, 184, Cuiabá, State of Mato Grosso, Brazil and (ii) 60.16% of Empresa Energética de Mato Grosso do Sul S.A. ("ENERSUL"), a company with its registered office at Avenida Gury Marques, 8000, Campo Grande, State of Mato Grosso do Sul, both limited liability joint-stock corporations traded publicly on the São Paulo Stock Exchange BM&F BOVESPA.

## **VERIFICATION OF CHAPTER 15 PETITION**

Pursuant to 28 U.S.C. § 1746, I, José Carlos Santos, declare as follows:

I am the authorized foreign representative of Rede Energia S.A. – em recuperação judicial (the "Debtor"). I have full authority to verify the foregoing chapter 15 petition for recognition of a foreign main proceeding, including each of the attachments and appendices thereto, and I am informed and believe that the allegations contained therein are true and accurate to the best of my knowledge, information, and belief. A true and accurate certified copy of the Commencement Order of the Second Court of Bankruptcies and Judicial Reorganization Court of the Central Civil Court, State of São Paulo issued December 19, 2012 is attached to the *Declaration of José Carlos Santos in Support of (I) Verified Chapter 15 Petition, (II) Foreign Representative's Motion for Order Granting Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief*, which was filed with the court contemporaneously herewith, as Exhibit "B". I do not speak English but am fluent in Portuguese. The certified English translation of this Verification (the "English Verification") is an unexecuted translation of the Portuguese version of this Verification (the "Portuguese Verification"), which is attached to the English Verification as Schedule 1.[4] I have executed and certified the Portuguese Verification under penalty of perjury.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   São Paulo, Brazil
         January 10, 2014

                                          By:    José Carlos Santos
                                          Title: Foreign Representative of the Debtor

---

[4] While I understand that the English Verification is a true and accurate translation of the Portuguese Verification, I am not responsible for the English Verification and take no responsibility for any errors or inaccuracies contained therein.

# SCHEDULE 1

**B1 (Formulário Oficial 1) (04/13)**

| TRIBUNAL DE FALÊNCIAS DOS ESTADOS UNIDOS<br>Distrito Sul de Nova York | PEDIDO VOLUNTÁRIO |
|---|---|
| Nome do Devedor (se pessoa física, fornecer Sobrenome, Nome e Nome do Meio):<br>**Rede Energia S.A. – em recuperação judicial** | Nome do Devedor Solidário (Cônjuge) (Sobrenome, Nome e Nome do Meio): |
| Todos os outros nomes usados pelo Devedor nos últimos 8 anos<br>(inclusive de casado, solteiro e razão social)<br>**Caiuá Serviços de Eletricidade S.A.**<br>**Rede Empresas de Energia Elétrica S.A.** | Todos os outros nomes usados pelo Devedor Solidário nos últimos 8 anos<br>(inclusive de casado, solteiro e razão social) |
| Quatro últimos dígitos do Número de Inscrição na Previdência Social ou no Cadastro de Pessoas Físicas<br>(se mais de um, informar todos):<br>**61.584.140/0001-49** | Quatro últimos dígitos do Número de Inscrição na Previdência Social ou no Cadastro de Pessoa Física<br>(se mais de um, informar todos): |
| Endereço do Devedor (n° e rua, cidade, e estado):<br>**Avenida Paulista, 2439, 5° andar, Cerqueira César**<br>**Cidade de São Paulo, Estado de São Paulo, Brasil**     CEP **01311-936** | Endereço do Devedor (n° e rua, cidade, e estado):     CEP |
| País de residência ou Sede Societária:<br>**Brasil** | País de residência ou Sede Societária: |
| Endereço para correspondência do Devedor (se diferente do endereço acima)     CEP | Endereço para correspondência do Devedor (se diferente do endereço acima)     CEP |
| Local dos Principais Ativos do Devedor (se diferente do endereço acima):     CEP | |

| Tipo de Devedor<br>(Forma de constituição)<br>(Assinale um item.) | Natureza de Negócio<br>(Assinale um item.) | Capítulo do Código de Falências sob o qual<br>o pedido é protocolado (Assinale um item.) |
|---|---|---|
| ☐ Pessoa Física (inclui Devedores Solidários)<br>*Vide Anexo D na página 2 deste formulário.*<br>☒ Sociedade Anônima (inclui LLC e LLP)<br>☐ Associação<br>☐ Outro (Se o devedor não for uma das empresas acima, assinale este item e escreva o tipo de empresa abaixo.). | ☐ Assistência Médica<br>☐ Bem Imóvel Único, conforme definido em 11 U.S.C. § 101(51B)<br>☐ Ferrovia<br>☐ Corretor de ações<br>☐ Corretor de commodities<br>☐ Banco de Compensação<br>☒ Outro | ☐ Capítulo 7<br>☐ Capítulo 9<br>☐ Capítulo 11<br>☐ Capítulo 12<br>☐ Capítulo 13<br>☒ Capítulo 15 Petição para Reconhecimento de um Procedimento Principal Estrangeiro<br>☐ Capítulo 15 Petição para Reconhecimento de um Procedimento Acessório Estrangeiro |
| **Capítulo 15 Devedores**<br>País dos interesses principais do devedor:<br>**Brasil**<br>Cada país onde houver um procedimento estrangeiro movido por ou em face do devedor em andamento: | Entidade isenta de impostos<br>(Assinale o item se aplicável)<br>☐ O devedor é entidade isenta de impostos, de acordo com os termos do Título 26 do Código (Código do Departamento de Receita) dos Estados Unidos. | Natureza da dívida<br>(Assinale um item)<br>☐ Dívidas são principalmente dívidas de consumo definidas no 11 U.S.C. § 101(8) "incorridas por uma pessoa física principalmente para fins pessoais, familiares ou domiciliares."   ☒ Dívidas são Incorridas principalmente para fins comerciais. |

| Taxa de protocolo (Assinale um item.) | Capítulo 11 Devedores |
|---|---|
| ☒ Taxa de protocolo total em anexo.<br>☐ Taxa de protocolo a ser paga em parcelas (aplicável a pessoas físicas apenas). Deve anexar requerimento assinado para exame pelo tribunal confirmando que o devedor não pode pagar a taxa, exceto em parcelas. Regra 1006 (b).<br>Ver Formulário Oficial 3A.<br>☐ Pedido de isenção de Taxa de Protocolo (aplicável apenas a pessoas físicas do Capítulo 7) Deve anexar requerimento assinado para análise pelo tribunal. Ver Formulário Oficial 3B. | Assinale um item:<br>☐ O devedor é pequena empresa devedora definida no 11 U.S.C. § 101(51D)<br>☒ O devedor não é pequena empresa devedora definida no 11 U.S.C. § 101(51D)<br>Assinale se:<br>☐ O total das dívidas liquidadas não eventuais d Devedor (excluindo dívidas devidas a pessoas internas ou afiliadas) é inferior a US$ 2.343.300 *(valor sujeito a reajuste em 04/01/2013 e a cada três anos subsequentemente).*<br>--------<br>(Assinale todos os itens que se apliquem)<br>☐ Um plano está sendo protocolado com este pedido.<br>☐ Foram solicitadas aceitações do plano de uma ou mais classes de credores antes da petição nos termos do 11 U.S.C. § 1126(b). |

| Dados estatísticos/administrativos | ESTE ESPAÇO SE DESTINA A USO DO TRIBUNAL APENAS |
|---|---|
| ☒ O devedor estima que os fundos estarão disponíveis para distribuição aos credores quirografários.<br>☐ O devedor estima que após a exclusão dos bens isentos e o pagamento de despesas administrativas, não haverá fundos disponíveis para distribuição aos credores quirografários. | |

Número estimado de credores

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1.000-5.000 | ☐ 5.001-10.000 | ☐ 10.007-25.000 | ☐ 25.001-50.000 | ☐ 50.001-100.000 | ☐ Acima de 100.000 |

Ativos estimados

| ☐ US$ 0 a US$ 50.000 | ☐ US$ 50.001 a US$ 100.000 | ☐ US$ 100.001 a US$ 500.000 | ☐ $500.001 a US$ 1 milhão | ☐ $1.000.001 a US$ 10 milhões | ☐ $10.000.001 a US$ 50 milhões | ☐ $50.000.001 a US$ 100 milhões | ☐ $100.000.001 a US$ 500 milhões | ☐ $500.000.001 a US$ 1 bilhão | ☒ Mais de US$ 1 bilhão |

Passivos estimados

| ☐ US$ 0 a US$ 50.000 | ☐ US$ 50.001 a US$ 100.000 | ☐ US$ 100.001 a US$ 500.000 | ☐ $500.001 a US$ 1 milhão | ☐ $1.000.001 a US$ 10 milhões | ☐ $10.000.001 a US$ 50 milhões | ☐ $50.000.001 a US$ 100 milhões | ☐ $100.000.001 a US$ 500 milhões | ☐ $500.000.001 a US$ 1 bilhão | ☒ Mais de US$ 1 bilhão |

| B1 (Formulário Oficial 1) (04/13) | | Página 2 |
|---|---|---|
| **Pedido voluntário**<br>*(Esta página deve ser preenchida e protocolada em cada caso.)* | **Nome do(s) Devedor(es):**<br>**Rede Energia S.A. – em recuperação judicial** | |
| **Todos os Processos de Falência Anteriores Protocolados nos Últimos 8 Anos (Se houver mais de dois, anexar folha adicional.)** | | |
| Localização<br>Local do protocolo: | Processo número: | Data do protocolo: |
| Localização<br>Local do protocolo: | Processo número: | Data do protocolo: |
| **Processo de Falência Pendente Protocolado por Cônjuge, Sócio ou Afiliada deste Devedor (Se houver mais de um, anexar folha adicional.)** | | |
| Nome do Devedor:<br>Jurisdição: | Processo número:<br>Relacionamento: | Data do protocolo:<br>Juiz: |

| **Anexo A**<br>(A ser preenchido se o devedor for obrigado a apresentar relatórios periódicos (por exemplo, formulários 10K e 10Q) à Comissão de Valores Mobiliários (SEC) conforme a Seção 13 ou 15(d) da Lei de Mercado de Capitais de 1934 e requer tutela jurisdicional nos termos do Capítulo 11.)<br><br>☐ O Anexo A está em anexo e integra este pedido. | **Anexo B**<br>(A ser preenchido se o devedor for pessoa física cujas dívidas são principalmente dívidas de consumidor.)<br><br>Eu, advogado pelo Demandante indicado na petição anterior, declaro ter informado ao Demandante que [ele ou ela] pode prosseguir de acordo com os termos dos Capítulos 7, 11, 12 ou 13 do Título 11, do Código dos Estados Unidos, e expliquei a tutela jurisdicional disponível nos termos de cada capítulo. Certifico ainda que eu entreguei ao Devedor a notificação exigida pelo 11 USC § 342 (b).<br>X _____<br>Assinatura do Advogado do(s) Devedor(es)    Data |
|---|---|

**Anexo C**
O devedor possui ou é proprietário de qualquer bem que seja ou possa ser considerada uma ameaça iminente e identificável de dano à saúde ou segurança públicas?

☐  Sim, o Anexo C está em anexo e integra esta petição.

☒  Não.

**Anexo D**
[A ser preenchido por cada devedor individual]. Se uma petição conjunta foi protocolada, cada cônjuge deve preencher e anexar um Apêndice D separado.)

☐  O Anexo D, preenchido e assinado pelo devedor, está em anexo e integra este pedido.

Este for uma petição conjunta:

☐  o Anexo D, também preenchido e assinado pelo devedor solidário, está em anexo e integra este pedido.

**Informações Sobre o Devedor – Foro**
(Assine os itens que se aplicam.)

☐  O devedor teve domicílio ou residência, sede ou ativos principais na Comarca por 180 dias imediatamente anteriores à data deste pedido ou por um prazo superior a tais 180 dias em qualquer outra Comarca.

☐  Há um caso de falência relativo à uma afiliada do devedor, sócio geral, ou associação em andamento neste Distrito.

☒  O devedor é um devedor em um processo estrangeiro e tem sua sede ou ativos principais nos Estados Unidos nesta Comarca, ou não tem sede ou ativos nos Estados Unidos, mas é ré em uma ação ou processo [em um tribunal federal ou estadual] nesta Comarca, ou os interesses das partes serão atendidos no que se refere à tutela jurisdicional pretendida nesta Comarca.

**Certificação por um Devedor que Reside como Inquilino em Imóvel Residencial**
(Assine os itens que se aplicam.)

☐  O locador obteve sentença contra o devedor para reaver a posse da residência do devedor. (Se marcado, preencha a seguir.)

_____
(Nome do locador que obteve a sentença)

_____
(Endereço do locador)

☐  O devedor afirma que, nos termos de legislação não falimentar, há circunstâncias em que seria permitido ao devedor liquidar sua inadimplência monetária que deu origem à reintegração de posse, após a publicação da sentença de reintegração de posse, e

☐  o devedor incluiu neste pedido o depósito judicial do aluguel vincendo no prazo de 30 dias após o protocolo da petição.

☐  O devedor confirma que ele/ela notificou a presente ao locador. (11 U.S.C. § 362(l)).

| B1 (Formulário Oficial 1) (04/13) | | Página 3 |
|---|---|---|
| **Pedido voluntário**<br>*(Esta página deve ser preenchida e protocolada em cada caso.)* | **Nome do(s) Devedor(es):**<br>Rede Energia S.A. -- em recuperação judicial | |
| **Assinaturas** | | |
| **Assinatura(s) do Devedor(es) (Individual/Conjunta)** | **Assinatura do Representante Estrangeiro** | |

**Assinatura(s) do Devedor(es) (Individual/Conjunta)**

Declaro, sob pena de perjúrio, que as informações fornecidas neste pedido são verdadeiras e corretas.
[Se o demandante for pessoa física cujas dívidas são principalmente dívidas de consumidor e optou por protocolar este pedido nos termos do Capítulo 7] Estou ciente de que posso prosseguir nos termos dos Capítulos 7, 11, 12 ou 13, Título 11, do Código dos Estados Unidos, e compreendo a tutela jurisdicional j disponível nos termos de tal capítulo e optei por prosseguir nos termos do. Capítulo 7

[Se eu não for representado por advogado e nenhum redator do pedido de falência assinar a petição], obtive e li a notificação exigida pelo 11 U.S.C. § 342(b).

Requeiro a tutela jurisdicional nos termos do Capítulo 15 do Título 11, do Código dos Estados Unidos, especificado neste pedido.

X _____
Assinatura do Devedor

X _____
Assinatura do Devedor Solidário

_____
Número de telefone (se não representado por advogado)

_____
Data

**Assinatura do Representante Estrangeiro**

Declaro, sob pena de perjúrio, que as informações fornecidas neste pedido são verdadeiras e corretas de que sou o Representante Estrangeiro do Devedor em um processo estrangeiro e que estou autorizado a protocolar este pedido.

(Assinale apenas um item.)

☒ Requeiro a tutela jurisdicional nos termos do Capítulo 15, Título 11, do Código dos Estados Unidos.
As cópias autenticadas dos documentos exigidos pelo 11 U.S.C. § 1515 estão anexas.

☐ Nos termos de 11 U.S.C. § 1511 requeiro a tutela jurisdicional nos termos
do Título 11 especificado neste pedido. Uma cópia autenticada da ordem judicial concedendo o reconhecimento de processo principal estrangeiro está anexa.

X _____[signature]_____
(Assinatura do Representante Estrangeiro)

José Carlos Santos
(Nome por extenso do Representante Estrangeiro)

10 de janeiro de 2014
Data

**Assinatura do Advogado***

X _____
Assinatura do Advogado do(s) Devedor(es)
John K. Cunningham
Nome Impresso do Advogado pelo Devedor:
White & Case LLP
Nome da Empresa
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Endereço
305-371-2700
Número do telefone

10 de janeiro de 2014
Data

*No caso em que o § 707(b)(4 (D) se aplica, esta assinatura constitui também uma certificação de que o advogado não tem conhecimento depois de uma investigação que as informações nos documentos estão incorretas.

**Assinatura do Advogado* Redator do Pedido de Falência**

Declaro, sob pena de perjúrio, que: (1) Sou o redator do pedido de falência conforme definição do 11 U.S.C. § 110; (2) preparei o presente documento mediante remuneração e forneci ao devedor uma via deste documento e as notificações e informações exigidas nos termos de 11 U.S.C. §§ 110(b), 110(h) e 342(b); e, (3) se as regras ou diretrizes publicadas conforme 11 U.S.C. § 110(h) estipulando honorários mínimos para os serviços cobrados pelos redatores de pedidos de falência, enviei notificação ao devedor quanto ao valor máximo antes da elaboração do documento para protocolo para um devedor ou aceitação de qualquer honorário do devedor, como exigido pela seção. Formulário Oficial de 19 está em anexo.

_____
Nome por extenso e cargo, se for o caso, do Redator do Pedido de Falência

_____
Número de identificação de contribuinte (Se o redator do pedido de falência não for uma pessoa física, o número de identificação de contribuinte do um conselheiro, diretor,
pessoa responsável ou sócio do redator do pedido de falência.)
(Exigido pelo 11 U.S.C. § 110.)

_____
Endereço

X _____
Assinatura

_____
Data

Assinatura do redator do pedido de falência ou conselheiro, diretor, pessoa responsável, ou sócio cujo Código de Contribuinte foi fornecido acima.

Os nomes e os números de código de contribuinte de todos os outros indivíduos que prepararam ou auxiliaram na preparação deste documento salvo se o redator do pedido de falência não foi pessoa física.

Se mais de uma pessoa preparou este documento, anexar folhas adicionais em conformidade com o formulário oficial adequado para cada pessoa.

*Se o redator do pedido de falência não cumprir as disposições do título 11 e das Normas Federais sobre Processos de Falência pode estar sujeito a multas ou prisão ou ambos. 11 USC § 110; 18 U.S.C. § 156.*

**Assinatura do Devedor (Sociedade Anônima/Associação)**

Declaro, sob pena de perjúrio, que as informações fornecidas na presente petição são verdadeira e corretas e que estou autorizado a protocolar o presente pedido em nome do devedor.

O devedor requer tutela jurisdicional nos termos do Capítulo do Título 11, do Código dos Estados Unidos, especificado neste pedido.

X _____
Assinatura da Pessoa Autorizada

_____
Nome por extenso da Pessoa Autorizada

_____
Cargo da Pessoa Autorizada

_____
Data

## DOCUMENTO 1

### Casos de Falência em Andamento Protocolados por Afiliadas de Rede Energia S.A. – Em Recuperação Judicial ("Rede" ou "Devedora")

Nenhuma das afiliadas do Devedor tem um pedido em andamento no Tribunal para tutela jurisdicional nos termos do capítulo 15 ou qualquer outro capítulo do título 11 do Código dos Estados Unidos. A empresa Centrais Elétricas do Pará S. A., que foi até 20 de novembro de 2012 uma subsidiária da Rede, apresentou um pedido de tutela jurisdicional nos termos do capítulo 15 junto a esse Tribunal em 9 de novembro de 2012 (Processo n° 12-14568 (SCC)); esse processo, no entanto, foi encerrado no dia 25 de abril de 2013.

### Administradores no Processo Brasileiro de Falência

Em um processo brasileiro de recuperação judicial *(recuperação judicial)* ao amparo da Lei Federal N° 11.101 de 9 de fevereiro de 2005, a empresa (neste caso, a Rede permanece na posse dos seus bens e lida com os seus próprios negócios. Eu, José Carlos Santos, fui autorizado pelo Conselho de Administração da Rede a atuar como representante estrangeiro para os fins dispostos no processo conforme o Capítulo 15 nos Estados Unidos. Eu não tenho conhecimento da existência de outra pessoa ou órgão autorizado a administrar processos estrangeiros referentes à Devedora.[1]

### Partes em Litígio nos Estados Unidos

Até a data do protocolo deste Pedido, a Devedora não tem conhecimento de que seja parte em qualquer processo judicial em andamento nos Estados Unidos.

### Entidades Contra as quais se Solicita Medida Cautelar Conforme Disposto na Seção 1519

Nem eu nem a Devedora buscamos no momento qualquer medida cautelar, mas cada um de nós se reserva o direito de fazê-lo, se necessário.

### Declaração ao Amparo da Seção 1515(c) Identificando Todos os Processos Estrangeiros com Respeito à Devedora

Além do Processo Brasileiro de Recuperação Judicial, a Devedora não está envolvida em nenhum processo estrangeiro de recuperação judicial ou falência.

---

[1] Os administradores judiciais, nomeados pelo tribunal, com a função de supervisão, mas sem poderes de gestão, são o Sr. Luis Vasco Elias e a Sra. Ana Cristina Baptista Campi, membros da Deloitte Touche Tohmatsu, com sede na Rua Alexandre Dumas, 1.981, na cidade de São Paulo, Estado de São Paulo, CEP 04717-906, Brasil. Esses administradores judiciais não foram autorizados a dar início a processos estrangeiros referentes à Devedora.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Thomas MacWright (TM-2233)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
John K. Cunningham (JC-4661)
Richard S. Kebrdle

*Advogados de José Carlos Santos
na qualidade de Demandante e Representante Estrangeiro*

**TRIBUNAL DE FALÊNCIAS DOS ESTADOS UNIDOS
DISTRITO SUL DE NOVA YORK**

| | |
|---|---|
| **In re:** | CAPÍTULO 15 |
| **REDE ENERGIA S.A. – EM RECUPERAÇÃO JUDICIAL,** [2] | Processo nº 14-_____ ( ) |
| **Devedor em um processo estrangeiro.** | |

**DECLARAÇÃO DE PROPRIEDADE SOCIETÁRIA
DE REDE ENERGIA S.A. EM CONFORMIDADE COM AS
REGRAS DE FALÊNCIAS 1007(a)(4), 7007.1 E COM A REGRA LOCAL 1007-3**

De acordo com a Regra de Falência 7007.1, declaro pelo presente que as seguintes empresas detêm direta ou indiretamente a propriedade de 10% ou mais de participação societária da Devedora:

- Empresa de Eletricidade Vale Paranapanema S.A.- Em recuperação judicial
- Denerge Desenvolvimento Energético S.A. .- Em recuperação judicial
- BBPM Participações S.A.
- BNDES Participações S.A.[3]

---

[2] Os quatro últimos dígitos do Número de Inscrição do devedor no CNPJ do Brasil são 01-49. A sede social da Devedora está localizada na Avenida Paulista, 2439, 5º andar, Cerqueira César, na cidade de São Paulo, Estado de São Paulo, Brasil. A Devedora era anteriormente denominada Caiuá Serviços de Eletricidade S.A. e depois Rede Empresas de Energia Elétrica S.A.

[3] Em 22 de dezembro de 2012 (um dia antes do início do Processo Brasileiro de Recuperação Judicial), o Fundo FI-FGTS exerceu opção de venda, convertendo sua participação na Rede – que antes era superior a 10% do capital da Rede – em dívida.

Além disso, conforme a Regra Local 1007-3, declaro pelo presente que a Rede é proprietária de (i) 39,92% da participação societária nas Centrais Elétricas Matogrossenses S.A. ("CEMAT"),, empresa com sede na Rua Manoel dos Santos Coimbra, 184, na cidade de Cuiabá, Estado de Mato Grosso, Brasil e (i) 60,16% de participação societária na Empresa Energética de Mato Grosso do Sul S.A. ("ENERSUL"), empresa com sede na Avenida Gury Marques, 8000, na cidade de Campo Grande, Estado de Mato Grosso do Sul, ambas sociedades anônimas de capital aberto que operam na Bolsa de Valores de São Paulo BM&F BOVESPA.

## CONFIRMAÇÃO DO PEDIDO SOB O CAPÍTULO 15

Conforme o 28 U.S.C. § 1746, eu, José Carlos Santos, declaro o quanto segue:

Eu sou o representante estrangeiro autorizado da Rede Energia S.A. – em recuperação judicial (a "Devedora"). Detenho plenos poderes para confirmar o pedido sob o capítulo 15 para o reconhecimento de processo principal estrangeiro, inclusive seus anexos e documentos, e sou informado e acredito que as alegações nela contidas são verdadeiras e precisas dentro do que sei. Uma cópia autenticada fiel e exata da Ordem de Aprovação da Segunda Vara de Falências e Recuperações Judicial da Vara Cível do Foro Central do Estado de São Paulo, emitida em 19 de dezembro de 2012, está anexa à Declaração de José Carlos Santos como fundamento: (i) à confirmação do pedido sob o capítulo 15; (ii) ao Pedido de procedência do processo estrangeiro feito pelo representante estrangeiro; (iii) à Procedência de determinados pedidos acessórios, protocolados perante tal vara concomitantemente a esta, como anexo "B". Eu não falo inglês, mas sou fluente em português. A tradução juramentada desta Confirmação para o inglês (a "Confirmação em Inglês") é uma tradução não assinada da versão em português desta Confirmação (a "Confirmação em Português"), que está anexa à Confirmação em Inglês como Anexo 1.[4] Assinei e autentiquei a Confirmação em Português sob pena de perjúrio.

Declaro, sob pena de perjúrio sob as leis dos Estados Unidos que o precedente é verdadeiro e correto.

Datado:  São Paulo, Brasil
10 de janeiro de 2014

Por:  _____
José Carlos Santos
Título:  Representante Estrangeiro da Devedora.

---

[4]  Embora eu compreenda que a Confirmação em Inglês seja uma versão correta e verdadeira da Confirmação em Português, não sou responsável pela exatidão da tradução nem me responsabilizo por qualquer erro ou incorreção ali contidos.

## DECLARATION CERTIFYING ACCURACY OF TRANSLATION

I, Jorge Rogerio Penha Rodrigues, translator to Geotext Translations, Inc., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I am a professional translator, a Member of the ATA (American Translators Association), ABRATES (Brazilian Translators and Interpreters Association), and SINTRA (Brazilian National Translators Union), with approximately 21 years of professional experience translating between English and Brazilian Portuguese.
2. I have reviewed and edited the attached translation of the **VOLUNTARY PETITION TO THE UNITED STATES BANKRUPTCY COURT, FILED BY REDE ENERGISA S.A.**, which to the best of my professional knowledge and belief is true and accurate.

I, Jorge Rogerio Penha Rodrigues, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  January 10, 2014
              Sao Vicente – SP, Brazil

By: Jorge Rogerio Penha Rodrigues
Title: Translator