**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 15 |
| **REDE ENERGIA S.A.,** [1] | Case No. 14-10078 (SCC) |
| **Debtor in a Foreign Proceeding.** | |

**ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 (m) AND (q) AND 9007 SCHEDULING HEARING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE**

Upon the filing of the Application,[2] the Petitioner, in his capacity as Foreign Representative in respect of the Brazilian Bankruptcy Proceeding, requests entry of an order (i) scheduling a hearing on the relief sought in the Petition, which was filed on January 16, 2014, and (ii) specifying the form and manner of service of notice thereof; it is hereby

ORDERED, that the Recognition Hearing shall be held before this Court in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on March 6, 2014 at 10 a.m. (Eastern Time); and it is further

ORDERED, that the form of Recognition Hearing Notice annexed hereto is hereby approved; and it is further

ORDERED, that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or are hereby waived; and it is further

---

1 The last four digits of the Debtor's Brazilian Corporate Taxpayer Registration Number are 01-49. The Debtor's executive headquarters is located at Avenida Paulista, 2439, 5th Floor, Cerqueira Cesar, City of São Paulo, State of São Paulo, Brazil. The Debtor was formerly known as Caiuá Serviços de Eletricidade S.A. and then Rede Empresas de Energia Eltrica S.A.

2 Any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice (the "Application").

ORDERED, that copies of Notice Documents shall be served by United States mail, first-class postage prepaid, upon the Chapter 15 Notice Parties on or before February 4, 2014; and it is further

ORDERED, that the Petitioner shall cause the Recognition Hearing Notice to be published on or before February 4, 2014, in The New York Times (National Edition); and it is further

ORDERED, that responses or objections, if any, to the Petition shall be made in writing and shall set forth the basis therefor, and such responses or objections must be (i) filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408), and a hard copy of such response or objection to be sent to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, and (ii) served upon WHITE & CASE LLP, Southeast Financial Center 200 South Biscayne Blvd., Suite 4900 Miami, Florida 33131 (Attn: John K. Cunningham, Esq. and Richard S. Kebrdle, Esq.) counsel to the Petitioner, so as to be received on or before February 25, 2014 at 4:00 p.m., Eastern Time; and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

Dated: January 27, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## RECOGNITION HEARING NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 15 |
| | ) | |
| **REDE ENERGIA S.A.,** [3] | ) | Case No. 14-10078 (SCC) |
| | ) | |
| **Debtor in a Foreign Proceeding.** | ) | |

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on January 16, 2014, José Carlos Santos (the "Petitioner" or "Foreign Representative"), in his capacity as the foreign representative of Rede Energia S.A. ("Rede" or the "Debtor"), in respect of a voluntary reorganization proceeding (the "Brazilian Bankruptcy Proceeding") concerning the Debtor, which is currently pending before the Second Court of Bankruptcies and Judicial Restructuring Court of the Central Civil Court, State of São Paulo (the "Brazilian Bankruptcy Court"), filed the Petition[4] pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Petitioner seeks the entry of an order (i) recognizing the Brazilian Bankruptcy Proceeding as a foreign main proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code and (ii) granting related relief pursuant to sections 105(a), 1507(a), 1509, 1520, 1521(a) and 1525(a) of the Bankruptcy Code, giving full force and effect to the Brazilian Bankruptcy Proceeding and Brazilian Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "Recognition Hearing") to consider the relief requested in the Petition for **10 a.m. (Eastern Time) on March 6, 2014** in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

3 The last four digits of the Debtor's Brazilian Corporate Taxpayer Registration Number are 01-49. The Debtor's executive headquarters is located at Avenida Paulista, 2439, 5th Floor, Cerqueira Cesar, City of São Paulo, State of São Paulo, Brazil. The Debtor was formerly known as Caiuá Serviços de Eletricidade S.A. and then Rede Empresas de Energia Eltrica S.A.

4 Any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice (the "Application").

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:(305) 371-2700
Facsimile: (305) 358-5744

or

jcunningham@whitecase.com
rkebrdle@whitecase.com

Attn: John K. Cunningham, Esq.
Richard S. Kebrdle, Esq.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, setting forth the basis therefor, which response or objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408). A hard copy of any response or objection shall be sent to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon White & Case LLP (Attn: John K. Cunningham, Esq. and Richard S. Kebrdle, Esq.), counsel to the Petitioner, so as to be **received by no later than 4:00 p.m. (Eastern Time), February 25, 2014**.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of

adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: New York, New York
January 24, 2014

WHITE & CASE LLP

By: /s/ John K. Cunningham
John K. Cunningham (JC-4661)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700

*Attorneys for José Carlos Santos as the Petitioner and Foreign Representative*

**EXHIBIT B**

**CHAPTER 15 NOTICE PARTIES**

**Chapter 15 Notice Parties**

The Debtor
The Office of the United States Trustee for the Southern District of New York
The Depository Trust Company
Marian Baldwin-Fuerst of Chadbourne & Parke LLP, counsel to the Bank of New York Mellon
Mr. Luis Vasco Elias and Ms. Ana Cristina Baptista Campi, members of Deloitte Touche Tohmatsu
Timothy DeSieno of Bingham McCutchen LLP, counsel to the Ad Hoc Group
Inter-American Development Bank
All parties requesting notice pursuant to Bankruptcy Rule 2002