WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
J. Christopher Shore
Thomas MacWright

Southeast Financial Center
200 South Biscayne Blvd, Suite 4900
Miami, Florida 33131
John K. Cunningham
Richard S. Kebrdle (*pro hac vice* pending)

*Attorneys for José Carlos Santos*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| Rede Energia, S.A., | ) | Case No. 14-10078 (SCC) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

## NOTICE OF REVISED ORDER FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that, on January 16, 2014, the Foreign Representative[1] filed a form of Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief [ECF No. 2, Exh. A] (the "Original Proposed Order") concurrently with the Foreign Representative's Petition for Recognition of Brazilian Bankruptcy Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1509(b), 1515, 1517, 1520, and 1521 [ECF No. 2].

**PLEASE TAKE NOTICE** that, on March 6, 2014, the Court entered the Order Granting Recognition of Foreign Main Proceeding [ECF No. 18] and ordered that an addition evidentiary hearing be held on the granting of certain relief related to the recognition of the Brazilian Bankruptcy Proceeding as the foreign main proceeding.

**PLEASE TAKE NOTICE** that a revised form of Order Granting Certain Relief related to Recognition of Foreign Main Proceeding (the "Revised Proposed Order") is attached hereto as Exhibit A.  A blackline of the Revised Proposed Order against the Original Proposed Order is attached hereto as Exhibit B.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Foreign Representative's Petition for Recognition and Motion for Order Granting Related Relief (the "Petition").

Dated: New York, New York

May 8, 2014

        WHITE & CASE LLP

By: /s/ Thomas E. MacWright

1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Thomas E. MacWright

Southeast Financial Center
200 South Biscayne Blvd, Suite 4900
Miami, Florida 33131
John K. Cunningham
Richard S. Kebrdle (*pro hac vice* pending)

*Attorneys for José Carlos Santos as
Petitioner and Foreign Representative*